U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 2 9 2006

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL SAMPSON | DOCKET NO. 06-1312; SEC. P |
| VERSUS | JUDGE DRELL |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED,** *sua sponte,* **under 28 U.S.C. §1915(e)(2)(B)(i) and §1915A(b)(1) and (2).**

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 29 day of December, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE