U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 19 2007

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
CLERK OF COURT OFFICE
300 FANNIN ST. suite 1167
SHREVEPORT, LOUISIANA 71101-3083

1:06CV1312
SCCP

01/11/2007

Dear Cleark

Please find enclosed writing objection to magistrate Report and Recommendation along with exhibits B, B-1, B-2, and H, and also motion to consider the writ of objection with exhibits I, and J to be filed into court to be reconsider...

THANK YOU IN ADVANCE BY TAKEN THE TIME OUT IN THIS IMPORTANT MATTER.

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 23 2007

ROBERT H. S_____
BY _____
         DEPUTY

RESPECTFULLY SUBMITTED:

MICHAEL SAMPSON #295609
Winn Correctional Center
P.O. BOX 1260
Winnfield, La 71483-1260

ORDER

First, the clerk shall correct the docket entry for Document 8 to reflect also the grant of an extension to file objections.

Second, this objection is well taken. The judgment of Dec. 29, 2006 is hereby withdrawn. Plaintiff is now granted until February 16, 2007 to file any further objection to the Report and Recommendation (Document #6).

Alexandria, LA, January 22, 2007.

District Judge